KATHERINE J. HART (SBN 191663)
LESLIE Z. WALKER (SBN 249310)
Abbott & Kindermann, LLP
2100 21st Street
Sacramento, California 95818
Telephone:   (916) 456-9595
Facsimile:    (916) 456-9599
Email: khart@aklandlaw.com
Email: lwalker@aklandlaw.com

Attorneys for Defendant
COUNTY OF SHASTA

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF REDDING, COUNTY OF SHASTA, and KURT STARMAN, an individual,<br><br>Defendants. | CASE NO.: 2:10-cv-01389-WBS-CMK<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT**<br><br>Judge:         Hon. William Shubb<br>Trial Date:   N/A<br>Action Filed:  July 23, 2010 |

      This Stipulation And [Proposed] Order Extending Time For Defendants To Respond To Complaint ("**Stipulation**") is entered into by and between plaintiff California Sportfishing Protection Alliance ("**Plaintiff**") and defendants County of Shasta ("**County**"), the City of Redding ("**City**"), and Kurt Starman (collectively, "**Defendants**").  The parties to this Stipulation stipulate, by and through their respective counsel, as follows.

      1.     Defendants were served with the First Amended Complaint and Summons on September 10, 2010, and their responsive pleadings are due on October 1, 2010, under the Federal Rules of Civil Procedure.

      2.     Defendants and Plaintiff are in settlement discussions and wish to pursue settlement to the greatest extent possible, while curtailing unnecessary litigation fees and costs. In that vein, the County and the City wish to approach their legislative bodies to seek further

1  settlement authorization.  The County Board of Supervisors will hold its public meeting and

2  closed session on this matter on October 12, 2010.  The City of Redding City Council will hold

3  its public meeting and closed session on the matter on October 19, 2010.

4      3. To further pursue settlement in this matter, Defendants have requested that the

5  time to file their responses to Plaintiff's First Amended Complaint be extended to October 22,

6  2010, and Plaintiff has agreed to that request.

7      4. Therefore, it is hereby stipulated that the time within which Defendants must file

8  responsive pleadings to Plaintiff's First Amended Complaint is extended to October 22, 2010.

9      5. On or before October 25, 2010, Plaintiffs and Defendant will meet and confer

10  pursuant to Fed. R. Civ. P. 26(f).

11      6. Entry into this Stipulation does not waive Defendants' right to contest this Court's

12  jurisdiction over Defendants or waive any defenses of any kind to Plaintiff's First Amended

13  Complaint and/or this action.

14      7. This Stipulation may be executed by facsimile or electronic signature and in

15  counterparts, all of which, taken together, shall constitute a single stipulation.

16  Dated:  September 29, 2010    ABBOTT & KINDERMANN, LLP

17      /s/ Katherine Hart
18      (As authorized September 29, 2010)
    KATHERINE J. HART
    Attorneys for County of Shasta
19

20  Dated: September 29, 2010    CITY OF REDDING

21      /s/ Lynette Frediani
22      (As Authorized September 29, 2010)
    LYNETTE FREDIANI
    Attorney for City of Redding
23

24  Dated:  September 29, 2010    LAW OFFICES OF ANDREW L. PACKARD

25      /s/ Erik Roper
26      (As authorized September 29, 2010)
    ERIK M. ROPER
27      Attorneys for Plaintiff California Sportfishing
    Protection Alliance

28

**ORDER**

Based upon the foregoing Stipulation and good cause appearing therefore:

IT IS SO ORDERED.

Dated:  September 30, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE