1  KATHERINE J. HART (SBN 191663)
   LESLIE Z. WALKER (SBN 249310)
2  Abbott & Kindermann, LLP
   2100 21st Street
3  Sacramento, California 95818
   Telephone:      (916) 456-9595
4  Facsimile:      (916) 456-9599
   Email: khart@aklandlaw.com
5  Email: lwalker@aklandlaw.com

6  Attorneys for Defendant
   COUNTY OF SHASTA

7

8              **UNITED STATES DISTRICT COURT**

9             **EASTERN DISTRICT OF CALIFORNIA**

10

11  CALIFORNIA SPORTFISHING              CASE NO.: 2:10-cv-01389-WBS-CMK
    PROTECTION ALLIANCE, a non-profit
12  corporation,                         **SECOND STIPULATION AND
                                         [~~PROPOSED~~] ORDER EXTENDING
                                         TIME FOR DEFENDANTS TO
13              Plaintiff,               RESPOND TO COMPLAINT**

14        vs.                            Judge:        Hon. William Shubb
                                         Trial Date:   N/A
15  CITY OF REDDING, COUNTY OF SHASTA,   Action Filed: July 23, 2010
    and KURT STARMAN, an individual,
16
                Defendants.
17

18        This Second Stipulation And [Proposed] Order Extending Time For Defendants To

19  Respond To Complaint ("**Stipulation**") is entered into by and between plaintiff California

20  Sportfishing Protection Alliance ("**Plaintiff**") and defendants County of Shasta ("**County**"), the

21  City of Redding ("**City**"), and Kurt Starman (collectively, "**Defendants**").  The parties to this

22  Stipulation stipulate, by and through their respective counsel, as follows.

23        1.      Defendants and Plaintiff are in settlement discussions and wish to pursue

24  settlement to the greatest extent possible, while curtailing unnecessary litigation fees and costs.

25        2.      The County and the City made a settlement offer to Plaintiff, which Plaintiff

26  rejected. To pursue settlement in this matter, Defendants requested that the time to file their

27  responses to Plaintiff's First Amended Complaint be extended to October 22, 2010, and Plaintiff

28  agreed to that request.  The Court approved that Stipulation and Proposed Order on October 1,

---

1 | 2010.

2 | 3.      To further pursue settlement in this matter, Defendants approached their respective

3 | legislative bodies to seek additional settlement authorization.  Specifically, the County Board of

4 | Supervisors held its public meeting and closed session on this matter on October 12, 2010.  The

5 | City of Redding City Council held its public meeting and closed session on the matter on October

6 | 19, 2010.  Both agencies approved further settlement authorization and a second settlement offer

7 | was provided to Plaintiff on October 20, 2010.

8 | 4.      In an effort to allow Plaintiff a reasonable time to respond to Defendants' second

9 | settlement offer and prevent the unnecessary expenditure of time and costs in furtherance of

10 | litigation, the parties have again agreed to extend the time within which Defendants must file

11 | responsive pleadings to Plaintiff's First Amendment Complaint.  The parties anticipate a final

12 | settlement will be reached shortly.

13 | 5.      Therefore, it is hereby stipulated that the time within which Defendants must file

14 | responsive pleadings to Plaintiff's First Amended Complaint is extended to November 5, 2010.

15 | 6.      On or before October 25, 2010, Plaintiff and Defendants will meet and confer

16 | pursuant to Fed. R. Civ. P. 26(f).

17 | 7.      Entry into this Stipulation does not waive Defendants' right to contest this Court's

18 | jurisdiction over Defendants or waive any defenses of any kind to Plaintiff's First Amended

19 | Complaint and/or this action.

20 | 8.      This Stipulation may be executed by facsimile or electronic signature and in

21 | counterparts, all of which, taken together, shall constitute a single stipulation.

22 |

23 | **[SIGNATURES ON FOLLOWING PAGE]**

24 |

25 |

26 |

27 |

28 |

1    Dated:  October 22, 2010          ABBOTT & KINDERMANN, LLP

2

                                             /s/ Katherine Hart

3                                         (As authorized October 22, 2010)
                                        KATHERINE J. HART

4                                         Attorneys for County of Shasta

5    Dated: October 22, 2010           CITY OF REDDING

6

                                             /s/ Lynette Frediani

7                                         (As Authorized October 22, 2010)
                                        LYNETTE FREDIANI

8                                         Attorney for City of Redding

9    Dated:  October 22, 2010          LAW OFFICES OF ANDREW L. PACKARD

10

                                           /s/ Erik Roper

11                                        (As authorized October 22, 2010)
                                        ERIK M. ROPER

12                                        Attorneys for Plaintiff California Sportfishing
                                        Protection Alliance

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**ORDER**

2

3        Based upon the foregoing Stipulation and good cause appearing therefore:

4    IT IS SO ORDERED.

5

6    Dated:  October 22, 2010

7

8                                        WILLIAM B. SHUBB
                                         UNITED STATES DISTRICT JUDGE
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28