KATHERINE J. HART (SBN 191663)
LESLIE Z. WALKER (SBN 249310)
Abbott & Kindermann, LLP
2100 21st Street
Sacramento, California 95818
Telephone:   (916) 456-9595
Facsimile:    (916) 456-9599
Email: khart@aklandlaw.com
Email: lwalker@aklandlaw.com

Attorneys for Defendant
COUNTY OF SHASTA

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF REDDING, COUNTY OF SHASTA, and KURT STARMAN, an individual,<br><br>Defendants. | CASE NO.: 2:10-cv-01389-WBS-CMK<br><br>**THIRD STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT**<br><br>Judge:         Hon. William Shubb<br>Trial Date:    N/A<br>Action Filed:  July 23, 2010 |

This Third Stipulation And [Proposed] Order Extending Time For Defendants To Respond To Complaint ("**Stipulation**") is entered into by and between plaintiff California Sportfishing Protection Alliance ("**Plaintiff**") and defendants County of Shasta ("**County**"), the City of Redding ("**City**"), and Kurt Starman (collectively, "**Defendants**").  The parties to this Stipulation stipulate, by and through their respective counsel, as follows.

1.      Defendants were served with the Complaint and Summons on September 10, 2010, and a responsive pleading were due on September 30, 2010, under the Federal Rules of Civil Procedure;

2.      Defendants requested that the time to file its response to Plaintiff's Complaint be extended to October 22, 2010, and Plaintiff agreed to that request;

3.      Plaintiff granted Defendants an additional 13 days to file its responsive pleadings

1   to November 5, 2010, if settlement had not been negotiated; and

2       4.    The parties have agreed upon the general terms of settlement and are in the process
3   of finalizing settlement, and based on this fact Defendants have requested additional time to file
4   its responsive pleadings from November 5, 2010 to November 29, 2010; and

5       5.    Therefore, it is hereby stipulated that the time within which Defendants must file
6   responsive pleadings to Plaintiff's First Amended Complaint is extended to November 29, 2010.

7       6.    Entry into this Stipulation does not waive Defendants' right to contest this Court's
8   jurisdiction over Defendants or waive any defenses of any kind to Plaintiff's First Amended
9   Complaint and/or this action.

10       7.    This Stipulation may be executed by facsimile or electronic signature and in
11   counterparts, all of which, taken together, shall constitute a single stipulation.

13   **[SIGNATURES ON FOLLOWING PAGE]**

1 | Dated:  November 5, 2010        ABBOTT & KINDERMANN, LLP

2
/s/ Katherine Hart
(As authorized November 5, 2010)
3
KATHERINE J. HART
Attorneys for County of Shasta
4

5 | Dated:  November 5, 2010        CITY OF REDDING

6
/s/ Lynette Frediani
(As Authorized November 5, 2010)
7
LYNETTE FREDIANI
Attorney for City of Redding
8

9 | Dated:  November 5, 2010        LAW OFFICES OF ANDREW L. PACKARD

10
/s/ Erik Roper
(As authorized November 5, 2010)
11
ERIK M. ROPER
Attorneys for Plaintiff California Sportfishing
12
Protection Alliance

**ORDER**

Based upon the foregoing Stipulation and good cause appearing therefore:

IT IS SO ORDERED.


Dated: November 9, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE