ANDREW L. PACKARD (State Bar No. 168690)
ERIK ROPER (State Bar No. 259756)
HALLIE B. ALBERT (State Bar No. 258737)
Law Offices of Andrew L. Packard
100 Petaluma Blvd. N Ste 301
Petaluma, CA 94952
Tel: (707) 763-7227
Fax: (415) 763-9227
E-mail: andrew@packardlawoffices.com

ROBERT J. TUERCK (State Bar No. 255741)
Jackson & Tuerck
P. O. Box 148
429 W. Main Street, Suite C
Quincy, CA 95971
Tel: (530) 283-0406
E-mail: bob@jacksontuerck.com

Attorneys for Plaintiff CALIFORNIA
SPORTFISHING PROTECTION ALLIANCE

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non profit corporation,<br><br>　　　　　Plaintiff,<br>　vs.<br><br>CITY OF REDDING, COUNTY OF SHASTA, and KURT STARMAN, an individual,<br><br>　　　　　Defendants. | Case No. 2:10-CV-01389-WBS-CMK<br><br>**STIPULATION TO DISMISS PLAINTIFF'S CLAIMS WITH PREJUDICE; [~~PROPOSED~~] ORDER GRANTING DISMISSAL WITH PREJUDICE [FRCP 41(a)(2)]** |

TO THE COURT:

Plaintiff California Sportfishing Protection Alliance ("PLAINTIFF" or "CSPA"), and Defendants City of Redding ("CITY"), Mr. Kurt Starman ("STARMAN"), and County of Shasta ("COUNTY"),[1] (collectively, the "Parties") stipulate as follows:

---

[1] Unless otherwise noted, the CITY, STARMAN and COUNTY shall be referred to collectively herein as "DEFENDANTS."

1  **WHEREAS**, on or about April 8, 2010, CSPA provided CITY and STARMAN with a Notice of Violations and Intent to File Suit ("60-Day Notice Letter") under Section 505 of the Federal Water Pollution Control Act ("Act" or "Clean Water Act"), 33 U.S.C. § 1365.  Subsequently, on or about May 24, 2010, CSPA issued a second 60-Day Notice Letter to both the DEFENDANTS ("Second 60-day Notice Letter") (collectively referred to herein as "Clean Water Act Notice Letters");

**WHEREAS**, on June 7, 2010, CSPA filed its Complaint against CITY and STARMAN in this Court, *California Sportfishing Protection Alliance v. City of Redding*, *et al.*, (USDC, E.D. Cal., Case No. 2:10-CV-01389-WBS-CMK) and said Complaint incorporated by reference all of the allegations contained in CSPA's 60-Day Notice Letter dated April 8, 2010;

**WHEREAS**, on July 23, 2010, CSPA filed its First Amended Complaint against DEFENDANTS in this Court in order to add COUNTY as a defendant, *California Sportfishing Protection Alliance v. City of Redding*, *et al.*, (USDC, E.D. Cal., Case No. 2:10-CV-01389-WBS-CMK) and said First Amended Complaint incorporates by reference all of the allegations contained in CSPA's 60-Day Notice Letter dated May 24, 2010;

**WHEREAS**, CSPA and DEFENDANTS, through their authorized representatives and without either adjudication of CSPA's claims or admission by DEFENDANTS of any alleged violation or other wrongdoing, have chosen to resolve in full by way of settlement the allegations of CSPA as set forth in the Clean Water Act Notice Letters and First Amended Complaint, thereby avoiding the costs and uncertainties of further litigation.  A copy of the agreement ("Consent Agreement") entered into by and between CSPA and DEFENDANTS is attached hereto as **Exhibit A** and incorporated by this reference.

**WHEREAS**, the Parties submitted the Consent Agreement via certified mail, return receipt requested, to the U.S. EPA and the U.S. Department of Justice ("the agencies") and the 45-day review period set forth at 40 C.F.R. § 135.5 has been completed without objection by the agencies.

**NOW THEREFORE, IT IS HEREBY STIPULATED** and agreed to by and between the Parties that CSPA's claims, as set forth in the Clean Water Act Notice Letters and First Amended Complaint, be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2). The Parties respectfully request an order from this Court dismissing such claims with prejudice. In accordance with Clause 18 of the Consent Agreement, the Parties also request that this Court retain and have jurisdiction over the Parties through September 30, 2015, for the sole purpose of resolving any disputes between the Parties with respect to enforcement of any provision of the Consent Agreement.

Dated:  January 14, 2011                    LAW OFFICES OF ANDREW L. PACKARD

By:  /s/_____
Erik M. Roper
Attorneys for Plaintiff
CALIFORNIA SPORTFISHING PROTECTION
 ALLIANCE

Dated:  January 14, 2011                    ABBOTT & KINDERMANN LLP

By:  /s/_____
Katherine J. Hart
Attorneys for Defendant
COUNTY OF SHASTA

Dated:  January 14, 2011                    CITY ATTORNEY'S OFFICE

By:  /s/_____
Lynette Frediani
Attorney for Defendants
CITY OF REDDING and KURT STARMAN

STIPULATION TO DISMISS WITH PREJUDICE;              CASE NO. 2:10-CV-01389-WBS-CMK
[PROPOSED] ORDER                3
927112.1

**ORDER**

Good cause appearing, and the Parties having stipulated and agreed,

IT IS HEREBY ORDERED that Plaintiff California Sportfishing Protection Alliance's claims against the CITY OF REDDING, the COUNTY OF SHASTA, and KURT STARMAN, an individual, as set forth in the Clean Water Act Notice Letters and First Amended Complaint filed in Case No. 2:10-CV-01389-WBS-CMK, are hereby dismissed with prejudice.

IT IS FURTHER ORDERED that the Court shall retain and have jurisdiction over the Parties with respect to disputes arising under the Consent Agreement attached to the Parties' Stipulation to Dismiss as **Exhibit A**.

IT IS SO ORDERED.

EASTERN DISTRICT COURT OF CALIFORNIA

Dated: January 18, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE